IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 20-2196 ) |
| T-N-T RAILROAD CONTRACTORS, INC. | ) ) |
| Defendant. | ) ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The Parties, by their respective attorneys, hereby jointly move the Court for, and stipulate to, the dismissal with prejudice of Plaintiff's Complaint, and in support thereof state as follows:

1. The Parties have reached a resolution to the matters asserted in Plaintiff's Complaint.

2. The Parties hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint, with each party to pay its own attorneys' fees and costs, except as otherwise agreed to by the Parties pursuant to their settlement agreement.

WHEREFORE, the Parties jointly request this Honorable Court enter an Order dismissing this action with prejudice and granting the Parties such further and other relief as may be just and proper.

Respectfully submitted:

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE FUND

By: s/ John P. Leahy
John P. Leahy
CAVANAGH & O'HARA LLP
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile

johnleahy@cavanagh-ohara.com
Attorneys for Plaintiff

T-N-T RAILROAD CONTRACTORS, INC.

By:  s/ Todd A. Miller (w/consent)
Todd A. Miller
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606-2806
(312) 675-4325 – Telephone
(312) 675-4326 – Facsimile
tam@alloccomiller.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd A. Miller
tam@alloccomiller.com

Megan Marie Moore
mmm@alloccomiller.com

s/ John P. Leahy
John P. Leahy
CAVANAGH & O'HARA LLP
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com