IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   20-2196 |
| T-N-T RAILROAD CONTRACTORS, INC. | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Parties' Stipulation for Dismissal with Prejudice, and the Court being fully advised in the premises, IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, with each party to pay its own attorneys' fees and costs, except as otherwise agreed to by the Parties pursuant to their settlement agreement.

ENTERED this _____ day of _____, 2022

By: _____
United States District Judge